# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

August 25, 2015


151327-8(69)


ACE AMERICAN INSURANCE COMPANY
and PACIFIC EMPLOYERS INSURANCE
COMPANY,
        Plaintiffs-Appellees,

v

WORKERS' COMPENSATION
AGENCY/DIRECTOR,
        Defendant,
and

DOUGLAS GREEN, Trustee, MICHAEL T. REID,
Trustee, and KEVIN ELSENHEIMER, Trustee,
        Defendants-Appellants.
_____

SC: 151327
COA: 317501
Ct of Claims: 12-000096-MM

ACE AMERICAN INSURANCE COMPANY
and PACIFIC EMPLOYERS INSURANCE
COMPANY,
        Plaintiffs-Appellees,

v

WORKERS' COMPENSATION
AGENCY/DIRECTOR,
        Defendant-Appellant,
and

DOUGLAS GREEN, Trustee, MICHAEL T. REID,
Trustee, and KEVIN ELSENHEIMER, Trustee,
        Defendants.
_____/

SC: 151328
COA: 317569
Ct of Claims: 12-000096-MM

On order of the Chief Justice, the motion of plaintiffs-appellees for leave to file a supplemental authority is GRANTED. The supplemental authority submitted on August 5, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 25, 2015



Clerk